# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMONI INTERNATIONAL SPICE, INC., a California corporation, and ZHENGZHOU HARMONI SPICE CO., LTD., a corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WENXUAN BAI, an individual, et al.,<br><br>　　　　Defendants. | Case No. 2:16-cv-00614-BRO-ASx<br><br>**ORDER DENYING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR EXPEDITED DISCOVERY PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30 AND 34** |

The Court hereby DENIED Plaintiffs' *Ex Parte* Application

**IT IS HEREBY ORDERED**

Dated: March 8, 2016

　　　　　　　　　　　　　　　　　　　　HONORABLE BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE