LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 16-00614-BRO (ASx) | Date | March 7, 2016 |
|---|---|---|---|
| Title | Harmoni International Spice, Inc. et al v. Wenxuan Bai et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)

**ORDER RE FIRST AMENDED COMPLAINT AND VACATING MOTION TO DISMISS [24]**

This action was filed on January 27, 2016, (Dkt. No. 1).  Defendants filed a Motion to Dismiss on March 4, 2016, (Dkt. No. 24)  noticing it for hearing on April 8, 2016.

On March 4, 2016, plaintiff timely filed a First Amended Complaint for Damages, (Dkt. No. 26), pursuant to Federal Rules of Civil Procedure Rule 15(B).

Based upon the filing of the First Amended Complaint, the Motion to Dismiss currently set for April 8, 2016 is VACATED.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |