1  Anthony L. Lanza, Bar No. 156703
   Brodie H. Smith, Bar No. 221877
2  LANZA & SMITH
   A Professional Law Corporation
3  3 Park Plaza, Suite 1650
   Irvine, California 92614-8540
4  Telephone (949) 221-0490
   Facsimile (949) 221-0027
5
6  Attorneys for Defendants Robert T. Hume, Joey C. Montoya,
   Stanley Crawford, Avrum Katz, Kwo Lee, Inc., Shuzhang Li,
7  and Huamei Consulting Co., Inc.

8              UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10 | HARMONI INTERNATIONAL SPICE,        | CASE NO: 2:16-cv-00614
   | INC., a California corporation, and |
11 | ZHENGZHOU HARMONI SPICE CO.,        | Honorable Beverly Reid O'Connell
   | LTD., a corporation,                |
12 |                                     |
   |           Plaintiff,                | **DECLARATION OF STANLEY**
13 |                                     | **CRAWFORD**
   | v.                                  |
14 |                                     |
   | WENZUAN BAI, an individual, JICHENG |
15 | YE, an individual, RUOPENG WANG, an |
   | individual, ROBERT T. HUME, an      |
16 | individual, JOEY C. MONTOYA, an     |
   | individual, STANLEY CRAWFORD, an    |
17 | individual, AVRUM KATZ, an individual,|
   | HUAMEI CONSULTING CO., INC., a      |
18 | corporation, KWO LEE, INC., a California|
   | corporation, SHUZHANG LI, an individual,|
19 | C. AGRICULTURE GROUP CORP.,         |
   | corporation, HEIBEI GOLDEN BIRD     |
20 | TRADING CO., LTD., a corporation,   |
   | QINGDAO TIANTAIXING FOODS, CO.,     |
21 | LTD., a corporation, JINXIANG HEJIA  |
   | CO., LTD., a corporation, QINGDAO   |
22 | LIANGHE INTERNATIONAL TRADING       |
   | CO., LTD., a corporation, CHEN      |
23 | HONGXIA, an individual, JIN XIA WEN,|
   | an individual, MINGJU XU, an individual,|
24 | CAI DU, an individual, QINGHUI ZHANG,|
   | an individual, LUCY WANG, an individual,|
25 |                                     |
26 |           Defendants.               |

27
28
   ―――――――――――――――――――――――
              DECLARATION OF STANLEY CRAWFORD
                          1

X:\D\705-01\Pleadings\Decl. of Stanley Crawford.docx

# DECLARATION OF STANLEY CRAWFORD

I, Stanley Crawford, hereby declare and state as follows:

1. I am a party to this action. The facts attested below are known to me of my own personal knowledge and if called upon to testify regarding them, I could and would competently do so.

2. I am a named party in the within action, filed in the United States District Court, Central District of California, although I have no connection to or contact with the State of California.

3. I am a garlic farmer, residing and working solely in the State of New Mexico. While I have lived in California in the past, I have not lived there since 1968.

4. Some of the garlic I produce is sold in the Santa Fe Farmer's Market. I cannot guarantee that a no purchaser of my garlic has ever transported the garlic, post sale, to California, but I am not aware of that ever happening.

5. I also offer garlic for sale online, and through such sales, I am able to see where the garlic is being shipped. I am unaware of having ever shipped garlic to California.

6. I am also an author, and my books are available for purchase online and in book stores. Some of my books have undoubtedly been sold to persons in California, but my books are not the subject of this lawsuit.

I declare, under penalty of perjury under the laws of the State of California and the United States, that the foregoing is true and correct.

Executed this 7th day of March, 2016 at Dixon, New Mexico.

Stanley Crawford

X:\D\705-01\Pleadings\Decl. of Stanley Crawford.docx

03/07/2016 1:32PM [Job Number 5217] @0002