UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HARMONI INTERNATIONAL SPICE, INC., a California corporation, and ZHENGZHOU HARMONI SPICE CO., LTD., a corporation,<br><br>    Plaintiffs,<br>v.<br><br>WENZUAN BAI, an individual, et al.<br><br>    Defendants. | CASE NO: 2:16-cv-00614<br><br>Honorable Beverly Reid O'Connell<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16 ET SEQ., (ANTI-SLAPP) AND F.R.C.P. RULE 12(F) BY DEFENDANTS** |

On April 25, 2016, at 1:30 p.m., the Motion to Strike Plaintiffs' First Amended Complaint by Defendants Robert T. Hume ("Hume"), Joey C. Montoya ("Montoya"), Stanley Crawford ("Crawford"), Avrum Katz ("Katz"), Huamei Consulting Co., Inc. ("Huamei"), Kwo Lee, Inc., a California corporation ("Kwo Lee"), and Shuzhang Li ("Li"), pursuant to California Code of Civil Procedure Section 425.16 et seq. and Rule 12(f) of the Federal Rules of Civil, came on regularly for hearing.  Having read and considered the moving

papers, any opposition and reply briefs, and supporting declarations and evidence, and having considered the oral arguments of counsel, the Court rules as follows:

The Motion to Strike Plaintiffs' First Amended Complaint by Defendants Robert T. Hume ("Hume"), Joey C. Montoya ("Montoya"), Stanley Crawford ("Crawford"), Avrum Katz ("Katz"), Huamei Consulting Co., Inc. ("Huamei"), Kwo Lee, Inc., a California corporation ("Kwo Lee"), and Shuzhang Li ("Li") is GRANTED.

[The Second through Sixth Claims for Relief are hereby stricken from Plaintiffs' First Amended Complaint.]

[Paragraph 280 of the First Amended Complaint is stricken.]

[The words ". . . and restitutionary relief . . ." are hereby stricken from paragraph 279 of the First Amended Complaint. Paragraph 3 of the Prayer for Relief is also stricken.]

[Paragraphs 279, 285, 289, 296, and 306 of the First Amended Complaint are hereby stricken].

IT IS SO ORDERED

DATED:_____                              _____
                                              United States District Court Judge