AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

HARMONI INTERNATIONAL SPICE, INC., a California corporation, and ZHENGZHOU HARMONI SPICE CO., LTD., a corporation,

*Plaintiff(s)*

v.

WENXUAN BAI, an individual, see attached.

*Defendant(s)*

Civil Action No. 2:16-cv-00614 BRO (ASx)

**SUMMONS IN A CIVIL ACTION** ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)* See Attachment A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John E. Schreiber
Winston & Strawn LLP
333 S. Grand Avenue #3800
Los Angeles, CA 90071
Tel: (213) 615-1700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  April 8, 2016                           /s/ J. Lam

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-00614

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT A TO SUMMONS

| # | Name | Address |
|---|---|---|
| 1 | Huamei Consulting Co., Ltd. | Yuyuan Plaza C-2, Room 1303, No.9 Yuhua West Road, Shijiazhuang, Hebei, China |
| 2 | Hebei Golden Bird Trading Co., Ltd. | 338, West Heping Road, Shijiazhuang, Hebei, China |
| 3 | Qingdao Tiantaixing Foods, Co., Ltd. | West Wangyi Village, Madian Town, Jiaozhou, Qingdao City, Shandong, China |
| 4 | Qingdao Lianghe International Trading Co., Ltd. | No.6, Lilou Economy Development District, Jinxiang Town, Jinxiang County, Jining City, Shandong, China |
| 5 | Jinxiang Hejia Co., Ltd. | 1006, No.24, Guanyinxia Road, Shinan District, Qingdao City, Shandong, China |
| 6 | Bai, Wenxuan | No.43 Qutangxia Road, Building 7, Room 1403, Qingdao City, Shandong, China |
| 7 | Chen, Hongxia | No.43 Qutangxia Road, Building 7, Room 1403, Qingdao City, Shandong, China |
| 8 | Ye, Jicheng | No.34, Meizhou Island Road, Huangdao District, Qingdao City, Shandong, China |
| 9 | Wang, Ruopeng | Yuyuan Plaza C-2, Room 1303, No.9 Yuhua West Road, Shijiazhuang, Hebei, China |
| 10 | Du, Cai | Yuyuan Plaza C-2, Room 1303, No.9 Yuhua West Road, Shijiazhuang, Hebei, China |
| 11 | Zhang, Qinghui | Yuyuan Plaza C-2, Room 1303, No.9 Yuhua West Road, Shijiazhuang, Hebei, China |
| 12 | Wang, Lucy | Yuyuan Plaza C-2, Room 1303, No.9 Yuhua West Road, Shijiazhuang, Hebei, China |

JOHN E. SCHREIBER (261558)
WINSTON & STRAWN LLP
333 S. Grand Avenue #3800
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: jschreiber@winston.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
GEORGE E. MASTORIS (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

Attorneys for Plaintiffs
HARMONI INTERNATIONAL SPICE, INC. AND
ZHENGZHOU HARMONI SPICE CO., LTD.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARMONI INTERNATIONAL SPICE, INC., a California corporation, and ZHENGZHOU HARMONI SPICE CO., LTD., a corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> WENXUAN BAI, an individual, JICHENG YE, an individual, RUOPENG WANG, an individual, ROBERT T. HUME, an individual, JOEY C. MONTOYA, an individual, STANLEY CRAWFORD, an individual, AVRUM KATZ, an individual, HUAMEI CONSULTING CO., INC., a corporation, HUAMEI CONSULTING CO., LTD., a corporation, KWO LEE, INC., a corporation, SHUZHANG LI, an individual, C AGRICULTURE GROUP CORP., a corporation, HEIBEI GOLDEN BIRD TRADING CO., LTD., a corporation, QINGDAO TIANTAIXING FOODS, CO., LTD., a corporation, JINXIANG HEJIA CO., LTD., a corporation, QINGDAO LIANGHE INTERNATIONAL TRADING CO., LTD., a corporation, CHEN HONGXIA, an individual, JIN XIA WEN, an individual, MINGJU XU, an individual, CAI DU, an individual, QINGHUI ZHANG, an individual, LUCY WANG, an individual, <br><br> Defendants. | **Case No.** 2:16-cv-00614-BRO-ASx <br><br> Hon. Beverly Reid O'Connell <br><br> **FIRST AMENDED COMPLAINT FOR:** <br> 1) **Violation of RICO (18 U.S.C. § 1962(c));** <br> 2) **Unfair Competition (Cal. Bus. & Prof. Code §§ 17200 *et seq*.);** <br> 3) **Unfair Competition - California Common Law;** <br> 4) **Trade Libel;** <br> 5) **Tortious Interference with Contractual Relations;** <br> 6) **Intentional Interference With Prospective Economic Advantage.** <br><br> <u>**DEMAND FOR JURY TRIAL**</u> |

1

HARMONI INTERNATIONAL SPICE, INC. AND ZHENGZHOU HARMONI SPICE CO., LTD.'S FIRST AMENDED COMPLAINT