**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARMONI INTERNATIONAL SPICE, INC., a California corporation, and ZHENGZHOU HARMONI SPICE CO., LTD., a corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>WENXUAN BAI, an individual, et al.,<br><br>  Defendants. | Case No. 2:16-cv-00614-BRO-ASx<br><br>Hon. Beverly Reid O'Connell<br><br>**ORDER ON STIPULATION TO EXTEND THE DEADLINE TO FILE AN AMENDED COMPLAINT** |

1       The Court, having considered the Stipulation to Extend the Deadline to File
2 Amended Complaint, and finding good cause therefor, hereby extends the deadline for
3 Plaintiffs to file an amended complaint as to Defendant Wenxuan Bai or a request for
4 extension of time to file an amended complaint as to Defendant Wenxuan Bai for one
5 week, until **December 6, 2016**.

6       IT IS SO ORDERED.

DATED: December 13, 2016       By: _____
                                               Hon. Beverly Reid O'Connell
                                               United States District Court Judge