# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMONI INTERNATIONAL SPICE, INC., a California corporation, and ZHENGZHOU HARMONI SPICE CO., LTD., a corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WENXUAN BAI, an individual et al.,<br><br>　　　　Defendants. | Case No. 2:16-cv-00614-BRO-ASx<br><br>Hon. Beverly Reid O'Connell<br><br>**JUDGMENT** |

# JUDGMENT

The Court previously issued Orders dismissing with prejudice Plaintiffs Harmoni International Spice, Inc. and Zhengzhou Harmoni Spice Co., Ltd.'s (collectively, "Plaintiffs") RICO §§ 1962(c) and (d) claims against Defendants Robert T. Hume ("Hume"), Joey C. Montoya ("Montoya"), Stanley Crawford ("Crawford"), Huamei Consulting Co., Inc. ("Huamei"), Kwo Lee, Inc. ("Kwo Lee"), Shuzhang Li ("Li"); C Agriculture Group Corp. ("C Agriculture"); Jin Xia Wen ("Wen"); and Mingju Xu ("Xu") (collectively, the "Dismissed Defendants"). ECF Nos. 121, 163.

Under Rule 54(b), a district court may enter a final judgment "as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." Fed. R. Civ. P. 54(b). Having considered the standard for entry of judgment under Rule 54(b), the Court finds that it is appropriate to enter judgment under Rule 54(b) as to the Dismissed Defendants on Plaintiffs' RICO §§ 1962(c) and (d) claims.

Thus, for the reasons set forth above and in the Court's Order re Plaintiffs' Motion for Entry of a Final Judgment dated June 12, 2017, ECF No. 200, **IT IS HEREBY ORDERED, ADJUDGED and DECREED** that **FINAL JUDGMENT** is hereby entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedure in favor of the Dismissed Defendants on Plaintiffs' RICO §§ 1962(c) and (d) claims.

IT IS SO ORDERED.

DATED: June 26, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge