# UNITED STATES DISTRICT COURT

## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Harmoni International Spice, Inc., et al.

V.   Case Number: 2:16-cv-00614-BRO-ASx

Wenxuan Bai, et al.

Judgment was entered in this action on __6/26/2017__ / __202__ against Plaintiffs; Rev'd and Remanded by 9th Cir. on 1/23/19 .
Date      Docket No.

### NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---|
| Clerk's Fees (L.R. 54-3.1):…………………………………………………………………… | |
| Fees for Service of Process (L.R. 54-3.2): ……………………………………………………… | |
| United States Marshal's Fees (L.R. 54-3.3):……………………………………………………… | |
| Transcripts of Court Proceedings (L.R. 54-3.4):………………………………………………… | |
| Depositions (L.R. 54-3.5): ………………………………………………………………………… | |
| Witness Fees - itemize on page 2 (L.R. 54-3.6):………………………………………………… | |
| Interpreter's Fees (L.R. 54-3.7):…………………………………………………………………… | |
| Docket Fees (L.R. 54-3.8): ………………………………………………………………………… | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9):…………… | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): ……………… | |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): ………………………………………… | |
| Other Costs - attach court order (L.R. 54-3.12):………………………………………………… | |
| State Court Costs (L.R. 54-3.13):………………………………………………………………… | |
| Costs on Appeal (L.R. 54-4): …………………………………………………………………… | $1,127.74 |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): ……………………………… | |
| **TOTAL** | $1,127.74 |

**NOTE**: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

- [✓] The Court's CM/ECF System
- [ ] Conventional service by first class mail
- [ ] Other _____

/s/ John E. Schreiber _____   John E. Schreiber _____
Signature                                          Print Name

Attorney for: Plaintiffs, Harmoni International Spice, Inc., and Zhengzhou Harmoni Spice Co., Ltd.

Costs are taxed in the amount of _____

_____   By: _____   _____
Clerk of Court                  Deputy Clerk                      Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

**WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)**

**Newman, Ann Luc**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Wednesday, June 28, 2017 12:04 PM |
| **To:** | Newman, Ann Luc |
| **Subject:** | Pay.gov Payment Confirmation: CACD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CACD CM/ECF Helpdesk at (213) 894-0242.

Application Name: CACD CM ECF
Pay.gov Tracking ID: 263ASK5S
Agency Tracking ID: 0973-20096779
Transaction Type: Sale
Transaction Date: Jun 28, 2017 3:03:49 PM

Account Holder Name: Amber Goodenough
Transaction Amount: $505.00
Card Type: MasterCard
Card Number: ************

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

ACCO,NORTHERN,(ASx),APPEAL,CLOSED,DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:16-cv-00614-BRO-AS

Harmoni International Spice, Inc. et al v. Wenxuan Bai et al
Assigned to: Judge Beverly Reid O'Connell
Referred to: Magistrate Judge Alka Sagar
Case in other court: 9th Circuit, 17-55260
                  9th CCA, 17-55926
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 01/27/2016
Date Terminated: 07/11/2017
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt
Organization
Jurisdiction: Federal Question

**Plaintiff**

**Harmoni International Spice Inc**
*a California corporation*

represented by   **A Paul Victor**
Winston and Strawn LLp
200 Park Avenue
New York, NY 10166
212-294-6700
Fax: 212-294-4700
Email: pvictor@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George E Mastoris**
Winston and Strawn LLP
200 Park Avenue
New York, NY 10166-4193
212-294-6700
Fax: 212-294-4700
Email: gmastoris@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey L Kessler**
Winston and Strawn LLP
200 Park Avenue
New York, NY 10166
212-294-4698
Fax: 212-294-4700
Email: jkessler@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren Duxstad**
Winston and Strawn LLP
200 Park Avenue
New York, NY 10166
212-294-6700
Fax: 212-294-4700
Email: lduxstad@winston.com

| | | |
|---|---|---|
| | | causation pleadings more than once, (2) the interests of justice and judicial administration would be served by an entry of partial judgment, and, (3) the Court otherwise finds no just reason for delay, the Court GRANTS Plaintiffs' Motion. On or before June 19, 2017 at 12:00 p.m., the parties shall jointly file a proposed judgment for those defendants who have been dismissed with prejudice from this Action. [194] [195] (rfi) (Entered: 06/12/2017) |
| 06/19/2017 | [201] | NOTICE OF LODGING filed re Order on Motion for Entry of Judgment pursuant to Rule 54(b) (Interlocutory Appeal),,,,, [200] (Attachments: # [1] Proposed Judgment) (Schreiber, John) (Entered: 06/19/2017) |
| 06/26/2017 | [202] | JUDGMENT by Judge Beverly Reid O'Connell. IT IS HEREBY ORDERED, ADJUDGED and DECREED that FINAL JUDGMENT is hereby entered pursuant to Rule 54(b) of the FRCP in favor of the Dismissed Defendants on Plaintiffs' RICO Sub-section 1962(c) and (d) claims. (jp) (Entered: 06/26/2017) |
| 06/28/2017 | [203] | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Plaintiffs Harmoni International Spice Inc, Zhengzhou Harmoni Spice Co., LTD. Appeal of Judgment, [202] . (Appeal Fee - $505 Fee Paid, Receipt No. 0973-20096779.) (Schreiber, John) (Entered: 06/28/2017) |
| 06/29/2017 | [204] | NOTIFICATION from Ninth Circuit Court of Appeals of case number assigned and briefing schedule. Appeal Docket No. 17-55926 assigned to Notice of Appeal to 9th Circuit Court of Appeals [203] as to plaintiffs Harmoni International Spice Inc, Zhengzhou Harmoni Spice Co., LTD. (jp) (Entered: 06/29/2017) |
| 07/11/2017 | [205] | MINUTE ORDER IN CHAMBERS by Judge Beverly Reid O'Connell: ORDER STAYING CASE. The Court hereby STAYS this Action during the pendency of Plaintiffs' appeal. The parties are hereby ORDERED to file joint status reports regarding the appellate proceedings every ninety (90) days, the first report being due on October 2, 2017, by 4:00 p.m. Each status report's cover sheet shall indicate the due date of the next report. (Made JS-6. Case Terminated.) (rfi) (Entered: 07/12/2017) |
| 10/02/2017 | [206] | STATUS REPORT *Joint Status Report* filed by Plaintiffs Harmoni International Spice Inc, Zhengzhou Harmoni Spice Co., LTD. (Leiden, Diana) (Entered: 10/02/2017) |
| 11/14/2017 | [207] | TRANSCRIPT ORDER re: Court of Appeals case number 17-55926, as to Plaintiffs Harmoni International Spice Inc, Zhengzhou Harmoni Spice Co., LTD for Court Reporter. Court will contact Robin Salyer at rsalyer@winston.com with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Schreiber, John) (Entered: 11/14/2017) |
| 11/28/2017 | [208] | TRANSCRIPT for proceedings held on 5/16/2016 at 2:25 p.m. Court Reporter/Electronic Court Recorder: Myra L. Ponce, CSR, RDR, CRR, e-mail address myraponce@sbcglobal.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 12/19/2017. Redacted Transcript Deadline set for 12/29/2017. Release of Transcript Restriction set for 2/26/2018. (Ponce, Myra) (Entered: 11/28/2017) |
| 11/28/2017 | [209] | TRANSCRIPT for proceedings held on 10/3/2016 at 2:25 p.m. Court Reporter/Electronic Court Recorder: Myra L. Ponce, CSR, RDR, CRR, e-mail address myraponce@sbcglobal.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due |

**Myra L. Ponce, CSR**
350 West 1st Street, Room 4311
Los Angeles, CA  90012
(213) 894-2305
myraponce@sbcglobal.net

**BILL TO**
Att:  Robin Salyer
Winston & Strawn, LLP
333 S. Grand Ave., #3800
Los Angeles, CA  90071-1543

## INVOICE 17-2108

**DATE** 11/15/2017

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 05/16/2016 | **Transcripts** Harmoni International Spice, Inc., et al. v. Wenxuan Bai, et al. CV 16-614 BRO O& 1 - PDF - 7-DAY EXPEDITE | 88 | 5.82 | 512.16 |
| 10/03/2016 | **Transcripts** O&1 - PDF - 7-DAY EXPEDITE | 8 | 5.82 | 46.56 |
| 04/24/2017 | **Transcripts** O&1 - PDF - 7-DAY EXPEDITE | 11 | 5.82 | 64.02 |

paid via Nationwide Legal, LLC
1609 James M. Wood Blvd., 2nd Floor
Los Angeles, CA  90015
(213) 249-9999

| | PAYMENT | 622.74 |
|---|---|---|
| | **TOTAL DUE** | **$0.00** |