| | |
|---|---|
| 1 | JOHN E. SCHREIBER (SBN: 261558) |
| 2 | DIANA HUGHES LEIDEN (267606) |
|   | WINSTON & STRAWN LLP |
| 3 | 333 S. Grand Avenue #3800 |
|   | Los Angeles, CA 90071-1543 |
| 4 | Telephone: (213) 615-1700 |
|   | Facsimile: (213) 615-1750 |
| 5 | Email: jschreiber@winston.com |
| 6 | JEFFREY L. KESSLER (*pro hac vice*) |
|   | A. PAUL VICTOR (*pro hac vice*) |
| 7 | GEORGE E. MASTORIS (*pro hac vice*) |
|   | WINSTON & STRAWN LLP |
| 8 | 200 Park Avenue |
|   | New York, NY 10166-4193 |
| 9 | Telephone: (212) 294-6700 |
|   | Facsimile: (212) 294-4700 |
| 10 | Email: jkessler@winston.com |
| 11 | Attorneys for Plaintiffs |
|   | HARMONI INTERNATIONAL SPICE, INC. AND |
| 12 | ZHENGZHOU HARMONI SPICE CO., LTD. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA -WESTERN DIVISION**

| | |
|---|---|
| HARMONI INTERNATIONAL SPICE, INC., a California corporation, and ZHENGHOU HARMONI SPICE CO., LTD., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WENXUAN BAI, an individual, et al.,<br><br>Defendants. | Case No. 2:16-cv-00614-AB-ASx<br><br>Hon. André Birotte, Jr.<br><br>**STIPULATION OF DISMISSAL *WITH PREJUDICE* OF DEFENDANTS ROBERT T. HUME AND STANLEY CRAWFORD [FED. R. CIV. P. RULE 41(a)]** |

Subject to this Court's approval, Plaintiffs Harmoni International Spice, Inc. and Zhengzhou Harmoni Spice Co., Ltd. ("Plaintiffs") and Defendants Robert T. Hume and Stanley Crawford hereby jointly submit this Stipulation of Dismissal with Prejudice of Defendants Robert T. Hume and Stanley Crawford:

WHEREAS, Plaintiffs and Defendants Robert T. Hume and Stanley Crawford have settled all claims in the Complaint, First Amended Complaint, Second Amended Complaint, and Third Amended Complaint, and have released any and all claims, counterclaims and defenses arising out of or related to the Action, including those that were brought or could have been brought by Plaintiffs, Hume, or Crawford; and

WHEREAS, it is stipulated by and between the Plaintiffs and Defendants Robert T. Hume and Stanley Crawford, through their designated counsel, that the above-captioned action, including the Complaint, First Amended Complaint, Second Amended Complaint, and Third Amended Complaint against Defendants Robert T. Hume and Stanley Crawford, be and hereby are dismissed ***with prejudice*** pursuant to Federal Rule of Civil Procedure Rule 41(a).

**IT IS SO STIPULATED.**

DATED:  August 28, 2019        WINSTON & STRAWN LLP

By: */s/ George E. Mastoris*
JOHN E. SCHREIBER
JEFFREY L. KESSLER
A. PAUL VICTOR
GEORGE E. MASTORIS
DIANA HUGHES LEIDEN

Attorneys for HARMONI INTERNATIONAL SPICE, INC., and ZHENGZHOU HARMONI SPICE CO., LTD.

DATED: August 28, 2019     LANZA & SMITH PLC

By: _____
Anthony L. Lanza
Brodie H. Smith

Attorneys for ROBERT T. HUME and STANLEY CRAWFORD.