AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| HARMONI INTERNATIONAL SPICE, INC., a California corporation, and ZHENGZHOU HARMONI SPICE CO., LTD., a corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>WENXUAN BAI, an individual, see attached.<br><br>*Defendant(s)* | Civil Action No. 2:16-cv-00614 AB-AS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* On the Fourth Amended Complaint.

Huamei Consulting Co., Ltd.
Room 1303 Yuhua Square C-2, #9 Yuhua Xi Road, Shijiazhuang, Hebei Province, China;

See Attachment A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John E. Schreiber
Winston & Strawn LLP
333 S. Grand Avenue #3800
Los Angeles, CA 90071
Tel: (213) 615-1700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/30/2019

Grace Kami

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-00614 AB-AS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

JOHN E. SCHREIBER (261558)
DIANA HUGHES LEIDEN (267606)
WINSTON & STRAWN LLP
333 S. Grand Avenue #3800
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: jschreiber@winston.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
GEORGE E. MASTORIS (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

Attorneys for Plaintiffs
HARMONI INTERNATIONAL SPICE, INC. AND
ZHENGZHOU HARMONI SPICE CO., LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMONI INTERNATIONAL SPICE, INC., a California corporation, and ZHENGZHOU HARMONI SPICE CO., LTD., a corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WENXUAN BAI, an individual, JICHENG YE, an individual, RUOPENG WANG, an individual, HUAMEI CONSULTING CO., LTD., a corporation, HEIBEI GOLDEN BIRD TRADING CO., LTD., a corporation, QINGDAO TIANTAIXING FOODS, CO., LTD., a corporation, JINXIANG HEJIA CO., LTD., a corporation, QINGDAO LIANGHE INTERNATIONAL TRADING CO., LTD., a corporation, CHEN HONGXIA, an individual, CAI DU, an individual, QINGHUI ZHANG, an individual, LUCY WANG, an individual,<br><br>Defendants. | Case No. 2:16-cv-00614-AB-ASx<br><br>Hon. André Birotte Jr.<br><br>**FOURTH AMENDED COMPLAINT FOR:**<br><br>1) **Violation of RICO (18 U.S.C. § 1962(c));**<br><br>2) **Violation of RICO (18 U.S.C. § 1962(d)).**<br><br>**DEMAND FOR JURY TRIAL** |

## ATTACHMENT A TO THE "TO" SECTION OF SUMMONS

| # | Name | Address |
|---|------|---------|
| 1 | Huamei Consulting Co., Ltd. | Room 1303 Yuhua Square C-2, #9 Yuhua Xi Road, Shijiazhuang, Hebei Province, China |
| 2 | Hebei Golden Bird Trading Co., Ltd. | 338, West Heping Road, Shijiazhuang, Hebei, China |
| 3 | Qingdao Tiantaixing Foods, Co., Ltd. | West Wangyi Village, Madian Town, Jiaozhou, Qingdao City, Shandong, China |
| 4 | Qingdao Lianghe International Trading Co., Ltd. | No.6, Lilou Economy Development District, Jinxiang Town, Jinxiang County, Jining City, Shandong, China |
| 5 | Jinxiang Hejia Co., Ltd. | 1006, No.24, Guanyinxia Road, Shinan District, Qingdao City, Shandong, China |
| 6 | Bai, Wenxuan | Room 1403 Building 7, #43 Qutangxia Road, South City District, Qingdao City, Shandong, China |
|   |   | Qingdao Xintianfeng Food Co. Ltd., Jiaolai Industry Park, Jiaozhou Town, Qingdao, 266000 China |
| 7 | Chen, Hongxia | Room 1403 Building 7, #43 Qutangxia Road, South City District, Qingdao City, Shandong, China |
| 8 | Ye, Jicheng | No.34, Meizhou Island Road, Huangdao District, Qingdao City, Shandong, China |
| 9 | Wang, Ruopeng | Room 203, Unit 3, Building 9, #48 Beihe St., Xinhua District, Shijiazhuang, Hebei, China |
| 10 | Du, Cai | Room 1303 Yuhua Square C-2, #9 Yuhua Xi Road, Shijiazhuang, Hebei Province, China |
| 11 | Zhang, Qinghui | Room 1303 Yuhua Square C-2, #9 Yuhua Xi Road, Shijiazhuang, Hebei Province, China |
| 12 | Wang, Lucy | Room 1303 Yuhua Square C-2, #9 Yuhua Xi Road, Shijiazhuang, Hebei Province, China |